## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nathel Harris,

        Plaintiff,                              Civil No. 07-1191 (RHK/JSM)

vs.                                               **ORDER**

Wal-Mart Stores, Inc.,

        Defendant.

Plaintiff's Motion to add a claim for punitive damages to the Complaint (Doc No. 27) will be deemed submitted to the undersigned based upon the written submissions. The November 28, 2007, hearing before Magistrate Judge Janie S. Mayeron is **CANCELED**. If the Court determines to have oral argument, counsel will be notified.

Dated: November 26, 2007

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge