## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Nathel Harris, | Civil No. 07-1191 (RHK/JSM |
| Plaintiff, | **NOTICE OF TRIAL AND** |
| | **SCHEDULE FOR SUBMISSION** |
| vs. | **OF TRIAL MATERIALS** |
| Wal-Mart Stores, Inc., | |
| Defendant. | |

---

Trial in this matter will begin at 9:00 a.m. on Tuesday, February 19, 2008, in St. Paul, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>February 7, 2008</u>:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>February 13, 2008</u>:

(1) Responsive Briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Responsive Briefs.

2

By February 15, 2008:  Responses to the Written Objections.

Dated:  January 9, 2008

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge